The court appreciates your assistance as appointed counsel under the Criminal Justice Act and you have the floor Counselor you're too you're too faint. I I think you need to be closer to the mic Thank you Stevenson went to trial April 23rd to 25th 2019 with another attorney. It's still too faint. Can you move the mic or? Move Okay, well I Can hear you but but speak up helps I will do that Mr. Stevenson went to trial in April of 2019 with another attorney of counsel I was appointed after conviction both trial motions, but before sentencing Of course on appeal my arguments are not based on any Counsel those are left for another day and another The arguments today are not going to be what I would have done differently What the record is that was made at trial? Appellant has made three arguments First the district court erred in denying Mr. Stevenson's facts and talents to the government's strife of the sole African-American juror on the panel Second that the district would have used this discretion when it refused to answer the jury's questions and clarify the dates involved these counts two and three Finally there was insufficient evidence to generate a jury question on this Account or the distribution account counts one and two the distribution occurring on February 2017 I'd like to rely on The evidence argument and just talk about the first two Issues that I have raised First I would like to argue the jury question even though instruction number 18 Defining on or about his legal address as long as it's within a reasonable time on the date or time alleged So K to convict I've used that in many of my trials have an objective to it actually As was also in That there be two separate discussions on February 1st February 2nd 2017 which were two different people The instruction was we find in most cases, but we had these discussions close to time 24 hours apart Between February 1st and February 2nd Your specific question does the honor about portion of the card does that cover it through the three-hour window Or does it cover one to two days? The court's response to the jury is to read the instructions again Allowing the jury to believe that honor about could mean one to two days Either of the distributions on February 1st or February 2nd found by the jury could have resulted in a guilty verdict We don't know counsel counsel didn't the jury instructions also make it clear that there were two separate counts there Absolutely counts two and three were separately instructed to the jury that count Count two dealt with the distribution of February 1st count three dealt with on February 2nd But that was in a separate count it's clear the jury struggled with this Because looking at the specific questions asked Is it hours or is it days? And in this case because we had this 24-hour two different ones alleged we don't know what the jury based its decision on Well counsel was the was the honor about jury instruction an accurate statement of the law It is an accurate statement of the law I have not objected to it used in numerous trials are on it but I think we need to look at the specific question asked by the jury Right and let's take that the specific question and then we have an accurate statement of the law We have separate counts as judge Grimes noted and then we have separate verdict forms Do you have any case that stands for the propositions that the common combination of those three? Makes it erroneous for the district court judge to point back to the jury instruction. I Would just allow or rely on the case decided in my brief. I don't have any points I'm just asking for the court to look at the charges in this case if you need I've never had it come up in a trial, but I believe this court was obligated to further instruct the jury as Suggested by the government in this case And agreed to by the sense of elvatory. They must find two separate based on the Did it make a difference absolutely Mr. Stephenson guidelines were 135 to 158 months and the court upward departed based on the distribution of February 1st resulting in a As well as the destruction because mr. Stephenson did testify at trial denied He admitted his culpability in the February That's a person but not the way first that resulted in the death As for the second issue I'd like to address with the court is our argument that Third in denying mr. Stephenson facts and challenge to the government strike of the only african-american jurors on the jury's panel Essentially, we're arguing the government's use of a parentery right to get rid of the only african-american Juror on the panel was in violation of facts and is pretextful Not the court erred in denying mr. Stephenson challenge to that, right? Court on the earth Had established I'm a patient eight by pointing out that he was the sole black person on the panel Government had not asked him any questions That he had not answered any questions to the general truth that were out of the ordinary What's your response to the government's argument that there's no requirement counsel spend time inquiring during Guadir about? About what it already knows from a free the pre-ride your questionnaire I think The government has the burden to show a race neutral reason for striking there the sole african-american jurors Based on their arguments they have a an obligation to shed light on any vague and ambiguous Responses that they have relied upon one of which was His brother was involved in a conspiracy another one is His answer in the question he appreciates the legal system, but it can be biased at times I think those are they Statements that the government has an obligation Knowing they were going to strike the only african-american person on the jury to make a more Thorough record on their reasons to do so What's your response counsel that the government had already decided before going into for dire before ever seeing this person before ever knowing His race just based on the questionnaire that they were going to strike him and based on his criminal history Which was provided to Defense Council beforehand as well? Other perspectives are criminal history Like that not anything that was fleshed out in the Defense Council at trial in his bastion challenge, so it's not part of the record I can't rely on that, but certainly the government was put on notice once it got into court and Saw this guy criminal history what he wrote down in his questionnaire Knowing that the criminal history they had researched was different These are 30 20 and 30 year old cases that were in the questionnaire Years that he was convicted or acquitted of those charges. I think the government still has an obligation To let that out or ask further questions if they're going to strike the juror So what would the consequences of a rule be where we Requiring the government to ask questions of any binary person where there's a batson challenge Is that the existing law or is that a new rule you're asking us to adopt? I think I think it's existing if you look at the cases relied upon by the government in that the Crawford case Relied extensively on the plumbing case and the plumbing case The court cites that the prosecutor articulated multiple nondiscriminatory reasons for exercising parenteral challenge not a single criminal history conviction but multiple nondiscriminatory reasons So the prior conviction alone is not enough But counsel that doesn't that doesn't answer judge Clark's question, yeah, I mean that's just in those cases There were other reasons and there's a there's a there's a free. There's obviously a question here whether the government's rely conclusion That based on the questionnaire was not you know, there's was pretextual It was too it's too irrational to be relied on alone. But the question was does does the Is is there a you know, I does the does government counsel in this situation have a duty to ask more that were to a question more or Can it just say to the court and the court then decides whether it's credible We'd already decided to strike this juror before we knew his race. I Think there becomes a heightened awareness once you're in the courtroom and realize you're dealing with the only African-American person In the whole panel, I believe there's a heightened Awareness and a requirement then by the government Okay, but the question was is this is there existing lot of that effect or is this a new theory? There's nothing wrong with arguing a new theory, but we like to know if it's new or not. It is new your honor There's no case law out there Providing an additional person. Yeah. Okay. Thank you Thank you, I'd like to preserve the remainder of my time Thank you, please the court counsel The court should refuse to overturn The jury's verdict finding defendant guilty of five counts of drug trafficking offenses in this case First regarding that's an issue The district court did not clearly air in overruling defendants Batson challenge The government articulated four separate race neutral reasons for the peremptory strike at issue Those reasons were the jurors criminal history The fact that the jurors self-reported criminal history in his questionnaire did not match his actual criminal history The statement that his brother had been charged with conspiracy and the jurors statement that the legal system can be biased All of these reasons are in a race neutral cases from this court have found these reasons to be race neutral and Defendant fails to carry his burden to show that these reasons were actually pretext of purposeful discrimination But next the district court did not abuse its discretion in answering the question from the jury That sought clarification of a term on or about that was already defined in the jury instructions The district court referred the jury back to the jury instructions and doing so was not an abuse or discretion We will also stand on our briefing After the council after the long colloquy about and which my reading of it showed every both both lawyers and the court thought the jury question was highly confusing and Went back and forth about what to do about it. Was there a specific objection to the the courts a Decision as to what it would do Contemporaneously, or is this or is this plain air? Defendant defendant did maintain his objection to the District courts answer to the jury which referred them to the jury instructions That is it I didn't think it was clear council made it clear what what the defense was requesting That is true. I think defendant never made Never articulated a new response except for the defendant wanted something Indicated that separate counts if I can turn to I think it's pages 550 to 551 of the trial transcript and The Trial counsel just said objection based on the fact that he would like something that would indicate that they were separate counts however, he'd never proposed and specifically said That he didn't have anything in mind And just thought something should clarify. Well, then the instructions did that Exactly. Clearly clearly clearly made it made it clear that there were they were separate charges Yes, and so and I would also direct the court's attention to instruction number two Which listed of the jury instructions in this case, which listed all the separate counts and then at the bottom specifically stated Keep in mind that each count charges a separate crime You must consider each count separately and return a separate verdict for each count the jury in this case did so and it convicted defendant of both counts two and Three and the district court's answer to the jury referring them to the jury instructions was not an abuse of discretion Thank you, if there are no other questions Counsel, I do have one since you have some time There hasn't been much Discussion of this today, but I'd like you to address the sufficiency of the of the evidence as to count number two Distribution of heroin Certainly your honor Count number two charged the defendant with distributing heroin on or about February 1st 2017 throughout the trial this was continuously discussed as a distribution that was to a specific person Mr. Birch who was found deceased with heroin on his in his system on February 2nd of 2017 Looking at the evidence that the government presented on this distribution The evidence was sufficient to show that to offend it distributed heroin to mr. Birch honor about February 1st First there are text messages that were admitted into evidence Showing that on February 1st Mr. Birch was seeking heroin He exchanged two texts with the defendant and then they had one minute and 39 seconds phone call Was there anything in those text messages that indicated the distribution of heroin? I? Believe the best of my recollection the text messages said something to the effect of what up you good And then what are you trying to do? And so how is that sufficient evidence? Yes, the text messages between Mr. Birch and defendant were all admitted under government exhibit 13 and throughout the text you saw this kind of exchange between them prior to Distribution of heroin especially the what you trying to do And it followed up After the phone call mr. Birch text texted another heroin user John Walgren testified at trial and in those text messages Mr. Birch was conveying and asking mr Walgren if he wanted to go half and half on a half gram of heroin and that's evident from the content of the text That it says something to be affected. So 3535 you down he ready and To mr. Walgren that indicated he ready meant that heroin was ready to be picked up and John Walgren, mr. Birch they had gone previously to get heroin from defendant And during that time the month January 2017 into February 1st, mr Walgren knew tend to be mr. Birch's only source of heroin Similarly investigator Chad Lyson with the youth drug task force Testified that he examined two cell phones That belonged to the decedent and found no evidence that he was getting heroin from any other source during that time Apologize the lights have turned off in the room where I'm not able to Be all the time I have to get up and move around Um Yes, and the judges still see me yes, would you prefer that I move to turn on the light We're gonna hold GSA and contempt I Believe the lights are are turning back on Returning to sufficiency of the evidence on count to there was additionally the evidence of reaction on February 2nd He wanted John Walgren to call Adam Birch he asked him to call him repeatedly in text messages The jury heard from John Walgren that he had a frantic call with the defendant and That all these texts occurred in a very short time span and he did not appear apparently want to call mr. Birch himself His explanation for this when he testified that he couldn't get a hold of mr. Birch was especially not credible in light of the fact that the jury had government exhibits 12 and 13 that showed no further text or phone calls between defendant reflecting attempts to contact the birch Are there other questions? Very good I Thank you Thank You counsel see what There's some rebuttal time. Mr. Lahama Thank you The instruction I would point out that in the record at page 548 the government Suggested to the court initially To instruct the jury further by saying, please read the instructions again and continue to deliberate and Then on the second part as the second part of your question There are two distinct distributions electing the indictment and then in trial counts defense counsel arguments to the court although Somewhat ambiguous he specifically says I guess I still like the idea of putting that in there referring to the government's Yes before they withdrew that suggestion and Asked that the court just tell them to rely on their instruction. So there is some record in there That of the specific argument that defense counsel wanted made Put into the response to the jury And as far as the sufficiency of the evidence again for the most part I wanted to rely on my brief but one of the points I'd like to Talk about is the February 1st? Distribution the abbreviated text what up what you're trying to do and then a phone call is in contrast to the numerous feelings that Mr. Stephenson had with 80 throughout the month of January Where they always talked about in fact, what are we going to need? What time and we would note that the text between? Mr. Stephenson and mr. First occurred around 5 p.m. And He didn't come home and according to his sister until midnight, so there were seven hours in there and Also evidence of some other heroin distributors in So there was plenty of opportunity To hook up but also it was in contrast to the prior dealings that mr. Birch had with mr. And unless the court has any questions Those would be my argument. What would the impact and what was the impact on sentencing? Be if the count to there was insufficient evidence for count to Well specific in two enhancements that the court gave. Mr. Stephenson was looking at a hundred and thirty-five to 168 months Before an upward variance based on the death involved of mr. Birch for the February 1st distribution as well as the guidelines Themselves were increased for an instruction enhancement because mr. Stephenson testified and denied any Distribution of mr. Birch on February 1st, but he admitted the distribution on February 2nd Thank you Thank you, sir. Thank you counsel Well done with the technology and the arguments have been helped